[No. 3,266.]

# CHARLES R. LEWIS AND JOHN SUTHERLAND *v.* O. G. LONGMAID.

DEFECTIVE CERTIFICATE OF CLERK.—A Clerk's certificate which fails to state the amount or character of the judgment, the order or judgment appealed from, the date or fact of service of the notice of appeal, and that the undertaking on appeal is in due form, is insufficient to support a motion to dismiss the appeal under Rule Four of the Supreme Court.

APPEAL from the District Court of the Fifth Judicial District, San Joaquin County.

The plaintiffs had judgment in replevin, and the defendant appealed.

*J. H. Budd,* for Appellant.

*D. S. Terry,* for Respondents, moved to dismiss the appeal on Clerk's certificate.

[The certificate is not on file.—REPORTER.]

By the Court, RHODES, J.:

Motion to dismiss the appeal upon the certificate of the Clerk under Rule Four.

The reading of this certificate would scarcely excite a suspicion that it was drawn as the basis of a motion under that rule. It states neither the amount or the character of the judgment; nor the order or judgment appealed from; nor the date or fact of the service of the notice of appeal; nor that the undertaking on appeal is in due form.

Motion denied.